IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:07-CR-173 ALM |
| § | |
| TIMOTHY DULIN (2) § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 14, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by Jay Combs.

On April 30, 2008, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of one hundred thirty (130) months imprisonment followed by a three (3) year term of supervised release for the offense of Bank Robbery. Defendant began his term of supervision on April 3, 2017. This case was transferred to the Honorable Amos L. Mazzant, III, on February 17, 2017.

On April 11, 2018, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 83). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall not commit another federal, state, or local crime; and (3) Defendant must comply with any court order that has been imposed or may be imposed which restricts, prohibits, or otherwise limits conatact or communication with Krista Boggs. A violation of any such

order may be considered grounds for the revocation of Defendant's term of supervised release.

The Petition alleges that Defendant committed the following violations: (1) On or about January 30, 2018, Defendant was arrested by the Sanger, Texas, Police Department for the 3rd degree felony offense of Assault Family Violence Impeding Breath. It is alleged that during an argument with Krista Boggs, Defendant grabbed her by the face and threw her onto the ground after which he placed his hands around her throat and choked her. Defendant was released on January 31, 2018, after posting a $5,000.00 surety bond and no formal charges have been filed as of the filing of the Petition; and (2) On or about March 21, 2018, Defendant was arrested by the Sanger, Texas, Police Department for the Class A misdemeanor offense of Violation of Bond/Protective Order Bias/Prejudice. Defendant was released on March 22, 2018, after posting a $1,000.00 surety bond and no formal charges have been filed as of the filing of the Petition.

At the hearing, Defendant entered a plea of true to the alleged violations. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 14, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty four (24) months, with a term of twelve (12) months supervised release to follow. The sentence shall run consecutively to any other sentence being served. The Court recommends mental health treatment, including anger management treatment, while imprisoned. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Seagoville, if appropriate.

**SIGNED this 30th day of May, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE